ANNE E. LOPEZ           7609
Attorney General of Hawaiʻi

CHRISTOPHER J.I. LEONG  9662
CHRISTOPHER T. HAN      11311
Deputy Attorneys General
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1180
Facsimile: (808) 586-1205
Emails: Christopher.ji.leong@hawaii.gov
        Christopher.t.han@hawaii.gov

Attorneys for Defendant
ANNE E. LOPEZ in her official capacity as
ATTORNEY GENERAL OF THE STATE OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiff, <br><br> vs. <br><br> ANNE E. LOPEZ in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br> Defendant. | CIVIL NO. 1:25-cv-369-WRP <br><br> **NOTICE OF RELATED CASE** |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40.2, Defendant Anne E. Lopez in her official

capacity as Attorney General of the State of Hawaii, by and through her

undersigned attorneys, submits this notice of the following related proceedings in this district: *AbbVie Inc., et al v. Anne E. Lopez in her Official Capacity as Attorney General of the State of Hawaiʻi*, Civil No. 1:25-cv-00230-SASP-WRP, which has been consolidated with *Pharmaceutical Research and Manufacturers of America v. Anne E. Lopez in her Official Capacity as Attorney General of Hawaiʻi*, Civil No. 1:25-cv-00292-SASP-WRP.

All three lawsuits challenge the constitutionality of Hawaii's recently enacted Act 143 (formerly H.B. 712), alleging that the statute is preempted by the federal 340B program under the Supremacy Clause under the U.S. Constitution. Like AbbVie, Astrazeneca alleges violation of the Takings Clause under the U.S. Constitution. Additionally, Astrazeneca's lawsuit alleges that Act 143 is preempted by federal patent law under the Supremacy Clause and violates the Contracts Clause of the U.S. Constitution.

Defendant takes no position as to whether all three matters should be consolidated. Should the Court decide to consolidate the matters, Defendant only asks that the current hearing on her Motion to Dismiss, set for November 13, 2025, not be moved past November, as the undersigned will be on paternity leave starting December 1, 2025. Defendant intends to file a Motion to Dismiss for this matter as soon as practicable.

[Signature on following page]

DATED: Honolulu, Hawaiʻi, September 8, 2025.

/s/ Christopher T. Han
CHRISTOPHER J.I. LEONG
CHRISTOPHER T. HAN

Counsel for Defendant
ANNE E. LOPEZ, in her official capacity as
ATTORNEY GENERAL OF THE STATE
OF HAWAII