**MCCORRISTON MILLER MUKAI MACKINNON LLP**

DAVID J. MINKIN       3639-0
BRETT R. TOBIN       9490-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail:    djminkin@m4law.com;
             btobin@m4law.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

ALLON KEDEM *(admitted pro hac vice)*
JEFFREY L. HANDWERKER *(admitted pro hac vice)*
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999
E-mail:    allon.kedem@arnoldporter.com;
            jeffrey.handwerker@arnoldporter.com

Attorneys for Plaintiff
ASTRAZENECA PHARMACEUTICALS LP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>        Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as the ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>        Defendant. | CASE NO. 1:25-CV-00369-MWJS-WRP<br><br>**STIPULATION AND ORDER REGARDING AMENDMENT OF COMPLAINT AND SCHEDULING**<br><br>No Trial Date Set.<br><br>Judge: Hon. Micah W.J. Smith |

## STIPULATION AND ORDER
## REGARDING AMENDMENT OF COMPLAINT AND SCHEDULING

Plaintiff AstraZeneca Pharmaceuticals LP ("AstraZeneca") and Defendant Anne E. Lopez in her official capacity as Attorney General of the State of Hawaiʻi ("the State"), who together are referred to here as the "Parties," by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, AstraZeneca filed a Complaint in this matter on August 29, 2025 (Dkt. 1);

WHEREAS, AstraZeneca filed a Motion for Preliminary Injunction on September 12, 2025 (Dkt. 21);

WHEREAS, the State filed a Motion to Dismiss for Failure to State a Claim on September 19, 2025 (Dkt. 26);

WHEREAS, AstraZeneca desires to file an amended complaint, a draft of which is attached along with a redline per Local Rule 10.4;

WHEREAS, the State has reviewed AstraZeneca's draft amended complaint and agrees that AstraZeneca should be permitted to file it;

WHEREAS, to facilitate the expeditious resolution of this case, the Parties have agreed and stipulated that limited discovery may proceed during the pendency of the preliminary injunction motion and the motion to dismiss, and intend to file a separate Stipulation and Proposed Order Regarding Discovery;

NOW THEREFORE, the Parties stipulate to and propose the following:

1. AstraZeneca will file an amended complaint within 3 days of the approval of this Order;

2. The State's motion to dismiss and AstraZeneca's motion for a preliminary injunction will both be made applicable to the amended complaint, without the need for either party to refile their respective motions;

3. The deadline for AstraZeneca to respond to the State's motion to dismiss shall be October 17, 2025, and the deadline for the State to file a reply in support of the motion shall be October 31, 2025; and

4. The State's deadline to respond to AstraZeneca's motion for a preliminary injunction shall be October 17, 2025, and the deadline for AstraZeneca to file a reply in support of the motion shall be October 31, 2025.

5. The Parties will submit a separate Stipulation and Proposed Order Regarding Discovery.

DATED: Honolulu, Hawaiʻi, October 1, 2025.

/s/ Brett R. Tobin
DAVID J. MINKIN
BRETT R. TOBIN
ALLON KEDEM
JEFFREY L. HANDWERKER
Attorneys for Plaintiff
ASTRAZENECA PHARMACEUTICALS LP

3

*/s/* Christopher T. Han
_____
CHRISTOPHER J.I. LEONG
CHRISTOPHER T. HAN
Attorneys for Defendant
ANNE E. LOPEZ in her official capacity as
ATTORNEY GENERAL OF THE STATE
OF HAWAIʻI

**APPROVED AND SO ORDERED.**

DATED:  Honolulu, Hawaiʻi, October 1, 2025



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

*AstraZeneca Pharmaceuticals LP v. Lopez*; Case No. 1:25-cv-00369-MWJS-WRP;
**STIPULATION AND ORDER REGARDING AMENDMENT OF COMPLAINT AND SCHEDULING**